# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO V. V. S., A MINOR.

JERRON J.,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; AND V. V. S., A MINOR,
Respondents.

No. 83249

FILED

SEP 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on July 21, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. That notice was returned to this court as undeliverable and on August 4, 2021, this court resent the notice. The second notice was again returned to this court as undeliverable. On August 24, 2021, the notice was sent to three other potential addresses for appellant. None of these were returned as undeliverable. To date, appellant has not paid the filing fee or demonstrated compliance with NRAP 24. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-26342

cc: Hon. Cynthia N. Giuliani, District Judge
Jerron J.
Legal Aid Center of Southern Nevada, Inc.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk